## MICHIGAN CITIZENS FOR AN INDEPENDENT PRESS ET AL. *v.* THORNBURGH, ATTORNEY GENERAL OF THE UNITED STATES, ET AL.

No. 88–1640.   Argued October 30, 1989—Decided November 13, 1989

*William B. Schultz* argued the cause for petitioners. With him on the briefs were *David C. Vladeck* and *Alan B. Morrison.*

*Deputy Solicitor General Merrill* argued the cause for respondents.   With him on the brief for the federal respondents were *Acting Solicitor General Wallace, Acting Assistant Attorney General Schiffer, Michael R. Lazerwitz,* and *Douglas Letter.   Stephen M. Shapiro, Andrew L. Frey, Kenneth S. Geller, Andrew J. Pincus, Clark M. Clifford, Robert A. Altman,* and *Robert P. Reznick* filed a brief for respondent Detroit Free Press, Inc.   *John Stuart Smith, Gordon L. Lang, Corrine M. Yu,* and *Lawrence J. Aldrich* filed a brief for respondent Detroit News, Inc.*

---

*Paul L. Friedman, Anne D. Smith, Philip S. Anderson,* and *Peter G. Kumpe* filed a brief for Little Rock Newspapers, Inc., as *amicus curiae* urging reversal.

Briefs of *amici curiae* urging affirmance were filed for Detroit Renaissance, Inc., et al. by *Herschel P. Fink, Richard E. Zuckerman,* and *David B. Jaffe;* for Newspaper Drivers & Handlers, Teamsters Local No. 372, et al. by *Gerry M. Miller;* for Union Leaders representing Detroit Free Press employees by *Bruce A. Miller;* and for Jane Daugherty et al. by *Barbara Harvey.*

Briefs of *amici curiae* were filed for the American Newspaper Publishers Association by *P. Cameron DeVore, Marshall J. Nelson,* and *W. Terry*

PER CURIAM.

The judgment of the Court of Appeals for the District of Columbia Circuit is affirmed by an equally divided Court.

JUSTICE WHITE took no part in the consideration or decision of this case.

*Maguire;* for the American Federation of Labor and Congress of Industrial Organizations by *Robert M. Weinberg, Walter Kamiat,* and *Laurence Gold;* and for James Blanchard et al. by *Richard C. Van Dusen.*